```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
VEERJI EXPOERTS,                                             :
                                Plaintiff,                   :
                                                             :     22 Civ. 3661 (LGS)
                -against-                                    :
                                                             :           ORDER
CARLOS ST MARY, INC., ET AL.,                                :
                                Defendant.                   :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for July 6, 2022;

WHEREAS, Defendant Carlos St Mary was served on June 1, 2022;

WHEREAS, Defendant Carlos St Mary was required to respond to the Complaint by June 22, 2022;

WHEREAS, Defendant Carlos St Mary, Inc. was served on June 3, 2022;

WHEREAS, Defendant Carlos St Mary, Inc. was required to respond to the Complaint by June 24, 2022;

WHEREAS, Defendants Carlos St Mary and Carlos St Mary, Inc. (the "Defaulting Defendants") have not appeared in this case and have not timely responded to the Complaint;

WHEREAS, Plaintiff and Defendant Brink's Global Services USA ("Brink's") filed a joint letter and proposed civil case management plan and scheduling order;

WHEREAS, no significant issues were raised in the joint letter or proposed case management plan filed by Plaintiff and Brink's.  It is hereby

ORDERED that the July 6, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that, by **July 29, 2022**, Plaintiff shall present an Order to Show Cause for default judgment as to the Defaulting Defendants and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that if Brink's seeks to file a motion to dismiss or to compel arbitration, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 29, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE