UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VEERJI EXPORTS,
                                Plaintiff,

                -against-

CARLOS ST. MARY, INC., et al.,
                                Defendants.
-------------------------------------------------------------X

22 Civ. 3661 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 20, 2022, Plaintiff Veerji Exports filed its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on ECF;

WHEREAS, Local Civil Rule 5.1 permits "only those discovery materials that are necessary to the decisional process" to be filed in connection with a motion to application. Committee Note, Local Civil Rule 5.1;

WHEREAS, no such motion or application has been filed.  It is hereby

**ORDERED** that the filing at Dkt. No. 29 is **STRICKEN**

The Clerk of Court is respectfully directed to strike the filing at Dkt. No. 29.

Dated: July 21, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE