Exhibit 5

| | |
|---|---|
| **From:** | Laurent Decayette <Laurent.Decayette@brinksinc.com> |
| **Sent:** | 22 June 2021 22:33 |
| **To:** | Rahul Panchal |
| **Cc:** | Frank Rosner; Dong Fu; BrokerageNY; rajas.narkar@bvcbrinks.com; BVC SURAT; Bilal Khan; Vinay.Raheja; Dennis Park; Yogesh bansode; Shahar Vatary |
| **Subject:** | RE: Shipment status 99120006815 CARLOSST0001 CARLOS ST MARY INC |

Dear Rahul,

As stated below the broker submitted the required documentation for clearance, now it's in customs hands.

Once cleared USA Team will advise. Thank you.

Thanks & Regards

Laurent Decayette
Import Supervisor.
Brinks's Global Services | A Division of Brink's ,Incorporated
184-45 147th Ave, Suite 101
Springfield Gardens, NY 11413
CELL PHONE
DIRECT TEL +1 718-807-0980
Import Group TEL +1 718-807-0997  Fax +1 718-949-2779
Email: Laurent.Decayette@Brinksinc.com
Group: ImportJFK@brinksinc.com
http://www.brinks.com/

**From:** Rahul Panchal [mailto:rahul.panchal@bvcbrinks.com]
**Sent:** Tuesday, June 22, 2021 12:59 PM
**To:** Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Cc:** Frank Rosner <Frank.Rosner@brinksinc.com>; Dong Fu <Dong.Fu@brinksinc.com>; BrokerageNY <BrokerageNY@brinksinc.com>; rajas.narkar@bvcbrinks.com; BVC SURAT <bvcsurat@bvcgroup.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay.Raheja <Vinay.Raheja@brinksglobal.com>; Dennis Park <Dennis.Park@brinksinc.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>; Shahar Vatary <shahar.vatary@brinksinc.com>
**Subject:** Re: Shipment status 99120006815 CARLOSST0001 CARLOS ST MARY INC

Hi Laurent ,

Kindly confirm custom clearance done by today ?

Regards
Rahul
Bvc surat

On Tue, 22 Jun, 2021, 10:24 pm Laurent Decayette, <Laurent.Decayette@brinksinc.com> wrote:

1

DEFT-BRINKS-00039

| | |
|---|---|
| **From:** | AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> |
| **Sent:** | 23 June 2021 00:42 |
| **To:** | Rahul Panchal; Frank Rosner; ImportJFK; Laurent Decayette |
| **Cc:** | bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| **Attachments:** | CARLOS ST MARY.jpg |

Dear Team,

Please find attached Passport of Carlos St Mary as he will be picking up the shipment.

Please confirm thank you

Kind regards,

**Amit Ramprashad**
Customer Service Representative
**Brink's U.S.** | *A Division of Brink's, Incorporated*
580 5th Avenue, Suite 400
New York, NY  10036
| Office (212) 704-5260 | (800) 527-4657
BGSUSCustomerService@Brinksinc.com

**IIIIBRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

---

**From:** AMIT RAMPRASHAD
**Sent:** Tuesday, June 22, 2021 2:42 PM
**To:** Rahul Panchal <rahul.panchal@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; ImportJFK <ImportJFK@brinksinc.com>; Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Cc:** bilal.khan@bvcbrinks.com; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; Tzahi Yazdi <Tzahi.Yazdi@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Dear Team,

The delivery location is a residence.

Please note we cannot deliver at a residence.

Options are window pickup and White Glove Service for delivery.

Shipment Value....$ 3,275,000.00

Please advise. Thank you

**Kind regards,**

1

DEFT-BRINKS-00040

| | |
|---|---|
| **From:** | Laurent Decayette <Laurent.Decayette@brinksinc.com> |
| **Sent:** | 23 June 2021 01:56 |
| **To:** | AMIT RAMPRASHAD; Rahul Panchal; Frank Rosner; ImportJFK; JFKSort; Eric Thompson; Edward Ng |
| **Cc:** | bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |

Hi Edward / Sort Team,

Please reprint the delivery manifest to reflect Brinks Houston branch pick up.

New York VM3 - BGSUSPLNBITS03.na.brinksgbl.com - Remote Desktop Connection

Transit Shipment #2426441     Status: Ready

| Shipment | Pickup/ Delivery | Route | Costing | Revenue | Seals | Commodities | Document | History |

Package 1 of 1  ‹  ›

| | |
|---|---|
| **Shipper ID/ Name:** VEERJIEX0001 | VEERJI EXPORTS - SURAT, INDIA |
| **Pickup ID/ Name:** VEERJIEX0001 | VEERJI EXPORTS - SURAT, INDIA |
| **Consignee ID/ Name:** CARLOSST0001 | CARLOS ST MARY INC - Houston, UNITED STATES |
| **Delivery ID/ Name:** BRINKS****022 | BRINKS HOUSTONS - HOUSTON, UNITED STATES |

AM

| | | | |
|---|---|---|---|
| **HAWB #:** 99120006815 | | **Shipper Reference #:** 2346866 / 11.06.2021 | |
| **Tracking #:** 991200330746 | | **Origin Site/Date:** 9912  06/11/2021 Fri. |
| **Service Type:** Door to Door | | **Dest Site/Date:** 275  06/24/2021 Thu. |
| **Transport:** Air | | **Offshore Mgmt Site:**  Offshore |
| **Show:** No | | **Offshore Instructions:** |
| **Destination Customs:** | | **CONOD E-Notification:** |
| 1 **Local Clearance:** SALE   None | | **Customs Ref #:** |
| **Invoice #/Date:** 00/00/0000 | | **ITN #:** |
| **# of Pkgs:** 1   FTZ | | |
| **Commodity:** 532 | | |
| **Commodity Desc.:** Rough Diamonds | | **Customs Value:** 3,275,000.00 USD |
| **Content Quantity:** OGA: | | **Brinks Liability:** 3,275,000.00 USD |
| **Commodity UOM/ Wt:** CTS   286.4100 CTS | | **Brink's Amount:** 729.28 USD |
| **Net Wt:** .0573 kg   1263 lb | | **Destn Duty/Tax:** .00 USD |
| **Gross Wt:** .2100 kg   .4630 lb | | **Transport Expense:** .00 USD |
| **LVP Carrier Wt:** .0000 kg   .0000 lb | | **Other Expense:** .00 USD |
| **Package Type:** | | **Insurance Expense:** .00 USD |
| **Dims (LxWxH)/UOM:** | | **Term:** CF |
| **Volumetric Gross Wt:** .0000 kg   .0000 lb | | **Brink's Charges:** ⦿ Pre-Paid  ○ Collect |
| **Chargeable Gross Wt:** .2100 kg   5000 lb | | **User/ Clearance Fees:** ○ Pre-Paid  ⦿ Collect |
| **PLDA:** | | **Method of Screening:** |
| **Exceptions:** (NONE) | | |

**Shipment Notes:** ok to release 06/21  * cnee will pick up at the Houston Branch*

Thanks & Regards

Laurent Decayette

DEFT-BRINKS-00041

| | |
|---|---|
| **From:** | Edward Ng <Edward.Ng@brinksinc.com> |
| **Sent:** | 23 June 2021 02:16 |
| **To:** | Laurent Decayette; AMIT RAMPRASHAD; Rahul Panchal; Frank Rosner; ImportJFK; JFKSort; Eric Thompson |
| **Cc:** | bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |

done

**From:** Laurent Decayette
**Sent:** Tuesday, June 22, 2021 4:26 PM
**To:** AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; ImportJFK <ImportJFK@brinksinc.com>; JFKSort <JFKSort@brinksinc.com>; Eric Thompson <Eric.H.Thompson@brinksinc.com>; Edward Ng Edward.Ng@brinksinc.com>
**Cc:** bilal.khan@bvcbrinks.com; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; Tzahi Yazdi <Tzahi.Yazdi@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Hi Edward / Sort Team,

Please reprint the delivery manifest to reflect Brinks Houston branch pick up.

1

DEFT-BRINKS-00042

| From: | Rahul Panchal <rahul.panchal@bvcbrinks.com> |
|---|---|
| Sent: | 23 June 2021 17:13 |
| To: | Laurent Decayette |
| Cc: | Edward Ng; AMIT RAMPRASHAD; Frank Rosner; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| Subject: | Re: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Laurent ,

Subject shipments are not delivered to the consignee without our confirmation.

still not credited payment to india customer.

Regards.
**Rahul Panchal**
**Jr. Executive**
**BVC ❤ |||BRINKS**
**BVC BRINKS  Diamond & Jewelry Services LLP.**
**Mob :** ▇▇▇▇▇▇▇        **Tel  : + 91 0261-2555-414/15**
**Mail : rahul.panchal@bvcbrinks.com   Web : www.bvcbrinks.com**

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

## Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Wed, Jun 23, 2021 at 2:20 AM Laurent Decayette <Laurent.Decayette@brinksinc.com> wrote:

Thank you Eddie.

**Thanks & Regards**

**Laurent Decayette**

**Import Supervisor.**

1

DEFT-BRINKS-00043

| | |
|---|---|
| **From:** | Frank Rosner <Frank.Rosner@brinksinc.com> |
| **Sent:** | 23 June 2021 19:00 |
| **To:** | Rahul Panchal; Laurent Decayette |
| **Cc:** | AMIT RAMPRASHAD; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| **Importance:** | High |

Dear Rahul,
Customer Paid. What exactly is the problem?


*Good afternoon,*
*Payment received and applied. Thank you.*
*Best regards,*
*Viryinia Burgos*

1

DEFT-BRINKS-00044

File   Edit   View   Cust Svs   Operations   Finance   Reports   Admin   Shipment   Route   Window   Help

**PITS - Shipment Search**

Transit Shipment: #2426441        Status: Closed

Shipment | Pickup/Delivery | Route | Costing | Revenue | Seals | Commodities | Document | History

Package 1 of 1  < >

Shipper ID/ Name: VEERJIEX0001 — VEERJI EXPORTS · SURAT, INDIA
Pickup ID/ Name: VEERJIEX0001 — VEERJI EXPORTS · SURAT, INDIA
Consignee ID/ Name: CARLOSST0001 — CARLOS ST MARY INC · Houston, UNITED STATES
Delivery ID/ Name: BRINKS******022 — BRINKS HOUSTONS · HOUSTON, UNITED STATES

HAWB #: 99120006815
Tracking #: 991200330746
Service Type: Door to Door
Transport: Air
Show: No
Destination Customs:
1  Local Clearance: SALE   None
Invoice #/Date:   00/00/0000
# of Pkgs: 1   FTZ
Commodity: 532
Commodity Desc.: Rough Diamonds
Content Quantity:   OGA:
Commodity UOM/ Wt: CTS   286.4100 CTS
Net Wt: .0573 kg   .1263 lb
Gross Wt: .2100 kg   .4630 lb
LVP Carrier Wt: .0000 kg   .0000 lb
Package Type:
Dims (LxWxH)/UOM:
Volumetric Gross Wt: .0000 kg   .0000 lb
Chargeable Gross Wt: .2100 kg   .5000 lb
PLDA:
Exceptions: (NONE)

Shipper Reference #: 2346866 / 11.06.2021
Origin Site/Date: 9912   06/11/2021 Fri.
Dest Site/Date: 280   06/24/2021 Thu
Offshore Mgmt Site:   Offshore
Offshore Instructions:
CONOD E-Notification:
Customs Ref #:
ITN #:

Customs Value: 3,275,000.00 USD
Brinks Liability: 3,275,000.00 USD
Brink's Amount: 729.28 USD
Destn Duty/Tax: .00 USD
Transport Expense: .00 USD
Other Expense: .00 USD
Insurance Expense: .00 USD
Term: CF
Brink's Charges: ● Pre-Paid  ○ Collect
User/ Clearance Fees: ○ Pre-Paid  ● Collect
Method of Screening:

Shipment Notes: ok to release 06/21  * cnee will pick up at the Houston Branch*
Window Drop-off:   Window Delivery:   Delivery Addrs:   LVP:   Hold:   UPS: Non-UPS   Tracer:

| Totals: | # of Pieces | Net Wt. Lb | Gross Wt. Lb | Local Liab. | Local Cust. | UOM Wt. | Volume Wt. |
|---|---|---|---|---|---|---|---|
| | 1 | 0.1263 | 0.4630 | 3,275,000.00 | 3,275,000.00 | 286.41 | |

2

DEFT-BRINKS-00045

| | |
|---|---|
| **From:** | Laurent Decayette <Laurent.Decayette@brinksinc.com> |
| **Sent:** | 23 June 2021 19:01 |
| **To:** | Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner |
| **Cc:** | Edward Ng; Frank Rosner; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Amit ,

Please reach out to the Houston Branch and HOLD the parcel there pending release confirmation from the shipper.

Dear Rahul- please share the hold instructions email sent to USA Team, thanks

**Thanks & Regards**

**Laurent Decayette**
**Import Supervisor.**
**Brinks's Global Services | A Division of Brink's ,Incorporated**
**184-45 147th Ave, Suite 101**
**Springfield Gardens, NY 11413**
**CELL PHONE**
**DIRECT TEL +1 718-807-0980**
**Import Group TEL +1 718-807-0997  Fax +1 718-949-2779**
**Email: Laurent.Decayette@Brinksinc.com**
**Group: ImportJFK@brinksinc.com**
**http://www.brinks.com/**

**From:** Rahul Panchal [mailto:rahul.panchal@bvcbrinks.com]
**Sent:** Wednesday, June 23, 2021 7:43 AM
**To:** Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Cc:** Edward Ng <Edward.Ng@brinksinc.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; ImportJFK <ImportJFK@brinksinc.com>; JFKSort <JFKSort@brinksinc.com>; Eric Thompson <Eric.H.Thompson@brinksinc.com>; bilal.khan@bvcbrinks.com; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; Tzahi Yazdi <Tzahi.Yazdi@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear Laurent ,

Subject shipments are not delivered to the consignee without our confirmation.

still not credited payment to india customer.

1

DEFT-BRINKS-00046

| | |
|---|---|
| From: | Rahul Panchal <rahul.panchal@bvcbrinks.com> |
| Sent: | 23 June 2021 19:07 |
| To: | Laurent Decayette |
| Cc: | AMIT RAMPRASHAD; Frank Rosner; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| Subject: | Re: HAWB 99120006815 / CARLOS ST MARY INC |

HI Laurent ,

Thanks for the update.

Still Not Received shipper side release instruction so please hold the shipment.

Regards.
Rahul Panchal
Jr. Executive
**BVC ❤ IIIBRINKS**
BVC BRINKS  Diamond & Jewelry Services LLP.
Mob :  [redacted]    Tel  : + 91 0261-2555-414/15
Mail : rahul.panchal@bvcbrinks.com   Web  : www.bvcbrinks.com

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Wed, Jun 23, 2021 at 7:01 PM Laurent Decayette <Laurent.Decayette@brinksinc.com> wrote:

Dear Amit ,

Please reach out to the Houston Branch and HOLD the parcel there pending release confirmation from the shipper.

Dear Rahul- please share the hold instructions email sent to USA Team, thanks

Thanks & Regards

1

| | |
|---|---|
| **From:** | Raj Patel <raj.patel@bvcbrinks.com> |
| **Sent:** | 23 June 2021 19:08 |
| **To:** | Laurent Decayette |
| **Cc:** | Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | Re: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Laurent,

As per the shipper, They haven't received payment yet therefore kindly HOLD the shipment till further notice.

Kindly ask the consignee to communicate with the shipper regarding payment.

Thank you !!!



All services subject to the terms and conditions of the Brink's Global Services Valuables Transport   Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Wed, Jun 23, 2021 at 7:01 PM Laurent Decayette <Laurent.Decayette@brinksinc.com> wrote:

Dear Amit ,

Please reach out to the Houston Branch and HOLD the parcel there pending release confirmation from the shipper.

Dear Rahul- please share the hold instructions email sent to USA Team, thanks

**Thanks & Regards**

**Laurent Decayette**

1

DEFT-BRINKS-00048

**From:** Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Sent:** 23 June 2021 19:11
**To:** Raj Patel; Rahul Panchal
**Cc:** Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Hi Rahul and Raj,

Understood , however please share the hold instructions that was sent in this regard as required on our import requirements.

**Thanks & Regards**

**Laurent Decayette**
**Import Supervisor.**
**Brinks's Global Services | A Division of Brink's ,Incorporated**
**184-45 147th Ave, Suite 101**
**Springfield Gardens, NY 11413**
**CELL PHONE** 
**DIRECT TEL +1 718-807-0980**
**Import Group TEL  +1  718-807-0997   Fax  +1  718-949-2779**
**Email: Laurent.Decayette@Brinksinc.com**
**Group: ImportJFK@brinksinc.com**
**http://www.brinks.com/**

**From:** Raj Patel [mailto:raj.patel@bvcbrinks.com]
**Sent:** Wednesday, June 23, 2021 9:38 AM
**To:** Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Cc:** Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Edward Ng <Edward.Ng@brinksinc.com>; ImportJFK <ImportJFK@brinksinc.com>; JFKSort <JFKSort@brinksinc.com>; Eric Thompson <Eric.H.Thompson@brinksinc.com>; bilal.khan@bvcbrinks.com; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; Tzahi Yazdi <Tzahi.Yazdi@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear Laurent,

As per the shipper, They haven't received payment yet therefore kindly HOLD the shipment till further notice.

Kindly ask the consignee to communicate with the shipper regarding payment.

Thank you !!!

1

DEFT-BRINKS-00049

| From: | Frank Rosner <Frank.Rosner@brinksinc.com> |
| Sent: | 23 June 2021 19:11 |
| To: | Laurent Decayette; Rahul Panchal; AMIT RAMPRASHAD |
| Cc: | Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| Subject: | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| Importance: | High |

I looked thru the entire trail. NO HOLD REQUEST!!!! I keep a list of ALL BVC HOLD REQUESTS and the Carlos St. Mary HAWB # 99120006815 is NOT on the list.

Also..... THIS IS A RESIDENTIAL ADDRESS!!!

/ank Rosner
Account Executive
**Brink's Global Services** | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY, 10036
Mobile: ▮▮▮▮▮▮▮▮ | Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**IIIBRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
Click here to download the Brink's Vision App

**From:** Laurent Decayette
**Sent:** Wednesday, June 23, 2021 9:31 AM
**To:** Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner
**Cc:** Edward Ng; Frank Rosner; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; .ajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Dear Amit ,

Please reach out to the Houston Branch and HOLD the parcel there pending release confirmation from the shipper.

Dear Rahul- please share the hold instructions email sent to USA Team, thanks

**Thanks & Regards**

**Laurent Decayette**
**Import Supervisor.**
**Brinks's Global Services | A Division of Brink's ,Incorporated**
**184-45 147th Ave, Suite 101**

1

DEFT-BRINKS-00050

(29)

## Vinay Raheja

| | |
|---|---|
| **From:** | Raj Patel <raj.patel@bvcbrinks.com> |
| **Sent:** | 23 June 2021 19:18 |
| **To:** | Frank Rosner |
| **Cc:** | Laurent Decayette; Rahul Panchal; AMIT RAMPRASHAD; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | Re: HAWB 99120006815 / CARLOS ST MARY INC |
| **Attachments:** | BVC HOLD.pdf |

Dear Frank / Laurent,

The HOLD is marked in BITS , also please find the attached shipper instructions letter to HOLD.

1

DEFT-BRINKS-00051

BTS - New York

File Edit View Customs Operations Finance Reports Admin Shipment Route Window Help

Transit Shipment #2426441 Status: Open

Shipment | Pickup/ Delivery | Route | Costing | Revenue | Seals | Commodities | Document | History

Package 1 of 1

Shipper ID/ Name: [redacted] VEERJI EXPORTS - SURAT, INDIA
Pickup ID/ Name: [redacted] VEERJI EXPORTS - SURAT, INDIA
Consignee ID/ Name: [redacted] CARLOS ST MARY INC - Houston, UNITED STATES
Delivery ID/ Name: [redacted] CARLOS ST MARY INC - Houston, UNITED STATES
AMS

HAWB #: 98120006815
Tracking #: 98120330746
Service Type: Door to Door
Transport: Air
Show: No
Destination Customs:
1 Local Clearance: SALE None
Invoice #/Date: 00/00/0000
\# of Pkgs: FTZ
Commodity: 532
Commodity Desc.: Rough Diamonds
Content Quantity: OGA:
Commodity UOM/ Wt: CTS 286.4100 CTS
Net Wt: .0573 kg .1263 lb
Gross Wt: .2100 kg .4630 lb
LVP Carrier Wt: .0000 kg .0000 lb
Package Type:
Dims (LxWxH)/UOM:
Volumetric Gross Wt: .0000 kg .0000 lb
Chargeable Gross Wt: .2100 kg .5000 lb
PLDA:
Exceptions: 1069 Other

Shipper Reference #: 2346866 / 11.06.2021
Origin Site/Date: [redacted] 06/11/2021 Fri
Dest Site/Date: [redacted] 06/18/2021 Fri
Offshore Mgmt Site: [redacted] Offshore
Offshore Instructions:
CONDD E-Notification:
Customs Ref #:
ITN #:

Customs Value: 3,275,000.00 USD
Brinks Liability: 3,275,000.00 USD
Brink's Amount: .00 USD
Destn Duty/Tax: .00 USD
Transport Expense: .00 USD
Other Expense: .00 USD
Insurance Expense: .00 USD
Term: CF
Brink's Charges: Pre-Paid Collect
User/ Clearance Fees: Pre-Paid Collect
Method of Screening:

Shipment Notes: MISSING ACCOUNT #
Window Drop-off: Window Delivery: Delivery Addrs: LVP: Hold: ✓ UPS: Non-UPS Tracer:

| Totals: | # of Pieces | Net Wt. Lb | Gross Wt. Lb | Local Liab. | Local Cust. | UOM Wt. | Volume Wt. Lb |
|---|---|---|---|---|---|---|---|
| | 1 | 0.1263 | 0.4630 | 3,275,000.00 | 3,275,000.00 | 286.41 | 0 |

BTS Shipment

Delivery Information

Name: CARLOS ST MARY INC
Address: 777 PRETON ST SUITE 190
Phone:
Account #:
Department:
City: [redacted]
Postal: 77002
Province: Texas
Country: UNITED STATES
Fax:
Credit Risk: Fair

Authorized Recipients
Primary: ID Type/No.
Cell Phone:
Secondary: ID Type/No.
Cell Phone:

OK Cancel

Cancel

| | |
|---|---|
| **From:** | Frank Rosner <Frank.Rosner@brinksinc.com> |
| **Sent:** | 23 June 2021 19:24 |
| **To:** | Raj Patel |
| **Cc:** | Laurent Decayette; Rahul Panchal; AMIT RAMPRASHAD; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| **Importance:** | High |

I have NO RECORD of this. Can you attach the email and to whom it was emailed to. Would be very much appreciated.

**Frank Rosner**
Account Executive
Brink's Global Services | *A Division of Brink's, Incorporated*
580 5ᵗʰ Ave.
New York, NY, 10036
Mobile: | Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**IIIBRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
Click here to download the Brink's Vision App

**From:** Raj Patel [mailto:raj.patel@bvcbrinks.com]
**Sent:** Wednesday, June 23, 2021 9:48 AM
**To:** Frank Rosner
**Cc:** Laurent Decayette; Rahul Panchal; AMIT RAMPRASHAD; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear Frank / Laurent,

The HOLD is marked in BITS , also please find the attached shipper instructions letter to HOLD.

1

DEFT-BRINKS-00053

| | |
|---|---|
| **From:** | Laurent Decayette <Laurent.Decayette@brinksinc.com> |
| **Sent:** | 23 June 2021 19:39 |
| **To:** | Frank Rosner; Raj Patel; AMIT RAMPRASHAD |
| **Cc:** | Rahul Panchal; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| **Attachments:** | BVC HOLD.PDF; Re: BOM 160 6205 0516 / H#9912-0006815 / CARLOS ST MARY INC / NEED POA, KP CERTIFICATE, AND COUNTRY OF ORIGIN; SHB - SURAT - NEW YORK MAWB NO.: 160 6205 0516 |

Dear Raj,

The hold in BITS had no notes from your side and we would have place a hold anyway because the cnee profile did not have an account number.
And why this was not mention on the pre-alerts attached.

the attach letter was sent on a separate email trail? Please share that email as no one on our side can locate that email.

Thanks in advance.

**Thanks & Regards**

**Laurent Decayette**
**Import Supervisor.**
**Brinks's Global Services | A Division of Brink's ,Incorporated**
**184-45 147th Ave, Suite 101**
**Springfield Gardens, NY 11413**
**CELL PHONE** [redacted]
**DIRECT TEL +1 718-807-0980**
**Import Group TEL +1 718-807-0997  Fax +1 718-949-2779**
**Email: Laurent.Decayette@Brinksinc.com**
**Group: ImportJFK@brinksinc.com**
**http://www.brinks.com/**

**From:** Frank Rosner
**Sent:** Wednesday, June 23, 2021 9:54 AM
**To:** Raj Patel <raj.patel@bvcbrinks.com>
**Cc:** Laurent Decayette <Laurent.Decayette@brinksinc.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Edward Ng <Edward.Ng@brinksinc.com>; ImportJFK <ImportJFK@brinksinc.com>; JFKSort <JFKSort@brinksinc.com>; Eric Thompson <Eric.H.Thompson@brinksinc.com>; bilal.khan@bvcbrinks.com; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; Tzahi Yazdi <Tzahi.Yazdi@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>

1

DEFT-BRINKS-00054

| From: | Raj Patel <raj.patel@bvcbrinks.com> |
|---|---|
| Sent: | 23 June 2021 19:53 |
| To: | Laurent Decayette |
| Cc: | Frank Rosner; AMIT RAMPRASHAD; Rahul Panchal; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| Subject: | Re: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Laurent / Frank,

We thought HOLD marks are enough but Sorry for the trouble. On the HAWB copy we mentioned instructions as you can see below.
Anyway Thanks for HOLDING the shipment. In Future will take care of it & mention HOLD instruction in BITS also.

Thanks for your support & understanding.

1

DEFT-BRINKS-00055

1G0 | BOM | 6205 | 0516

HAWB- 99120006815

| Shipper's Name and Address | Shipper's Account Number |
|---|---|

M/s VEERJI EXPORTS
405, MAHAVIR CHAMBERS, TARATIYA HANUMAN NI
SHERI, MAHIDHARPURASURAT Zip No: 395003 TEL NO:
0261-3009630-2438885 / 9913338585 / 9586547472

**I.E.C. NO.** 5213027067

| Consignee's Name and Address | Consignee's Account Number |
|---|---|

DIRECT

NEW YORK U.S.A.

M/s CARLOS ST MARY INC
777 PRETON ST, SUITE 19D, HOUSTON, TX 77002, TX
Zip No: 77002 U.S.A. Tel No: +1 702 624 7100 Fax No:

**B.V. CHINAI & CO. (I) PVT. LTD.**
Network Agent : BVC BRINKS DIAMOND
AND JEWELLERY SERVICES  LLP
Bharat Diamond Bourse, Office No JB-10,
Customs Area, Ground Floor,
"J" Tower, BOB G-Block,
Bandra Kurla Complex, Mumbai - 400 051
Tel. No. : 91 22 61198080
Fax No : 91 22 26755010

**HOUSE AIRWAY BILL**
**"AS AGENT OF BRINKS GLOBAL SERVICES"**

All service is carried out under the terms and condition of the
Brink's Global Services Valuable Transport Contract (where such
services are performed by Brink's).

Not Negotiable
ISSUED BY
BVC ● ║║BRINKS

Accounting Information

FREIGHT PREPAID

CHA : BVC

| ISSUING CARRIER - B.V. CHINAI & CO. (I) PVT. LTD. | | |
|---|---|---|
| Agent's IATA Code | Account Number | |
| | 14-3-09120 | |

| Airport of Departure ( Addr. Of First Carrier ) and Requested Routing |
|---|
| MUMBAI |

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CX | | | | | | INR | PPD COLL X PPD COLL X | | 1000.00 | 236589850.00 |

| Airport of Destination | | Requested Flight/Date | | Amount of Insurance | INSURANCE COVERED BY - |
|---|---|---|---|---|---|
| NEW YORK | | CX 040 16/06/21 | CX 3298 17/06/21 | | B.V.CHINAI & CO (I) PVT. LTD |

Handling Information

**HOLD THE SHIPMENT FOR FUTURE INSTRUCTION**

SCI

| No. of Pieces RCP | Gross Weight | Kg lb | Rate Class Commodity Item No. | Chargeable weight | Rate Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 0.21 | K S | | | | 10,000.00 | VALUABLE CARGO |
| **GR NO** | **DATE** | | **S/BILL NO** | **DATE** | **CCNO** | | ROUGH DIAMONDS |
| **NG** | **11/06/21** | | | 2368333 | | | {K.P.CERTIFICATE |
| | | | | 11/06/21 | | | NO.:IN/RO-SRT/80078162 |
| | | | | | | | DT:10.06.2021 |
| | | | | | | | **INV VAL:-** |
| | | | | | | | **C&F USD** 3275000.00 |
| | | | | | | | **WT:** 286.41 CTS |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 10000.00 | | |
| | Valuation Charge | | |
| | 8.00 | | |
| | Tax | | |

| Total Other Charges Due Agent |
|---|
| 42,493.00 |

| Total Other Charges Due Carrier |
|---|
| 1,970.00 |

Shipper certifies that the particulars on the face thereof are correct and that insofar as many part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by Air according to the applicable Goods Regulations.

**BVC BRINKS DIAMOND AND JEWELLERY SERVICES  LLP**

| Total Prepaid | Total Collect |
|---|---|
| 54471.00 | |

| Currency Conversion Rates | CC charges in Dest. Currency |
|---|---|

Signature of Shipper or his Agent

15/06/2021             SURAT
Executed on (date)        at (place)

Signature of Issuing Carrier or its Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|
| | | RP |

**M#:**160-62050516 **H#:** 99120006815

DEFT-BRINKS-00056

33

## Vinay Raheja

**From:**  Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Sent:**  23 June 2021 20:05
**To:**  Raj Patel
**Cc:**  Frank Rosner; AMIT RAMPRASHAD; Rahul Panchal; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO
**Subject:**  RE: HAWB 9912000681S / CARLOS ST MARY INC
**Attachments:**  HOLD INSTRUCTION TO HAWB NO : 9901360454B - ATLANTIC DIAMOND COMPANY; USA Import Requirements MAR 11 2021 no attachments.rtf

Dear Raj,

Thank you for your understanding, attached example (only) of what the USA team is looking for in this regard.

Amit is following up with the local branch to hold the parcel in Houston pending your release instruction letter from the shipper

Thank you as always for your support.

- o Any shipments ON HOLD must clearly be marked and specified in BITS under shipment notes prior to arrival into the USA

- o A notification (HOLD SHIPMENT / HAWB# CNEE NAME IN THE EMAIL SUBJECT ) MUST be sent to ImportJFK & once parcel is ok to release a follow up email stating ( RELEASE HOLD / HAWB# / CNEE NAME) MUST be sent to ImportJFK

We ask that you adhere to following guidance for handling shipments that are to be placed on hold in the US prior to delivery;

- Ensure that the 'hold' is applied in the BITS file ahead of the BITS transmission
- An added means of insuring the hold, is to list the local BGS address as the delivery address. Communicate the correct delivery address as part of your communication with the receiving station related to the release
- Should you realize the need for a hold after the shipment has already left origin and you have already send your BITS transmission, you must follow these process steps:
  - o Send an email to the Import team that you send your email pre-alert to. The subject line MUST start with "HOLD SHIPMENT" and provide further details of the HAWB# and MAWB#

1

DEFT-BRINKS-00057

JFK

To,
BVC BRINKS DIAMOND AND JEWELLERY SERVICES LLP
Mumbai,
India.

Date:

<u>Sub: Instruction to Hold the parcel</u>

Ref: HAWB NO:              / Inv.No.              / Value:              / CTS-

Dear Sir,

This is to advise you that we have instructed you to provide export services from India to CHICAGO for a direct shipment (No third party bank involved).

We request you that following its arrival to NEW YORK, our shipment will remain in the possession and custody of Brink's and will be released to the consignee only upon our instruction to Brink's to release the shipment.

Name of the Consignee:

In the event that the shipment is released to the consignee prior to our instruction to release it, we agree that this is not a physical loss of shipment in accordance with the Contract and we will attempt the recovery of the shipment from the consignee. Brink's may consider its responsibility at its sole discretion, evaluated on a case-by-case basis.

Thanking you,

Yours truly,

Authorized Signatory.





Brink's Global Services USA, Inc.
580 Fifth Avenue – Suite 400
New York, New York 10036
212-704-5200

New York, March 11th 2021

Dear BGS Affiliates,

In order for us to provide the best customer service experience to our customers importing into the U.S. we have put together an import checklist to ensure all documentation is in order before exporting to the U.S.

It is our main goal to ensure on-time deliveries in the U.S. but we need your support to improve the quality of our service.
We are focusing on the U.S. import requirements so that we can deliver on time results to all U.S. customers.

All Ground support MUST be approval by JFKGATEWAY@BRINKSINC.COM prior to sending the BITS PRE-ADVISE to ensure proper crew is available to recovery the shipment.  BGS COE Approved flights is updated every Tuesday.

All Pre-Alerts are to be sent in one email to include all of the below requirements to the IMPORTJFK@BRINKSINC.COM / ˋKGATEWAY@BRINKSINC.COM email group.

All Shipments coming from any country other than the USA, including shipments returning from a show are considered as an import and MUST comply with ALL import requirements listed below to avoid delays with clearance and/or Customs Exams.

<div align="center">

**Please keep this clearance times in mind when accepting shipments:**
**\*\*CARNET, TIB & Regular entries average clearance time 24-48 hours\*\***
**\*\*F & W entries average clearance time 4-7 business days**
**\*\* Rough diamonds average clearance is 7 business days**

</div>

**Checklist:**

- o   Email Subject for Pre Alert **MUST** be in the following format: **ORIGIN-JFK-123-4567-8910 Pre-Alert**

- o   **ALL** shipments INCLUDING shipment returning from a show are considered an import and **MUST** comply with ALL import requirements listed below.

- o   Pre-Alert sent in one email with MAWB,HAWB and required invoices in order

- o   Pre-Alert must be entered in BITS from **ALL** BITS stations

- o   Any shipments ON HOLD must clearly be marked and specified in BITS under shipment notes prior to arrival into the USA

- o   A notification (HOLD SHIPMENT / HAWB# CNEE NAME IN THE EMAIL SUBJECT ) MUST be sent to ImportJFK & once parcel is ok to release a follow up email stating ( RELEASE HOLD / HAWB# / CNEE NAME) MUST be sent to ImportJFK

We ask that you adhere to following guidance for handling shipments that are to be placed on hold in the US prior to delivery:

- -   Ensure that the 'hold' is applied in the BITS file ahead of the BITS transmission
- -   An added means of insuring the hold, is to list the local BGS address as the delivery address. Communicate the correct delivery address as part of your communication with the receiving station related to the release
- -   Should you realize the need for a hold after the shipment has already left origin and you have already send your BITS transmission, you must follow these process steps:
    - o   Send an email to the Import team that you send your email pre-alert to. The subject line MUST start with "HOLD SHIPMENT" and provide further details of the HAWB# and MAWB#

- o   Any special instruction such as window pick up delivery instruction **MUST** be noted in the BITS shipment notes

DEFT-BRINKS-00059

○ Commercial invoices **MUST** be clear and legible and in English. U.S. Customs **WILL NOT** accept invoices that are blurry, hand written or print that is too small to read

○ Commercial invoices are to come from origin offices. If you require us to contact the U.S. consignee for invoices please mention this in the Pre-Alert/Pre-Advise

○ Invoice Accuracy- Detailed invoices are **REQUIRED,** Shipper and consignee name and full address, country of origin, full description of goods ( Commodity type, Metal type, carats, jewelry gram weight and Piece counts where applicable) and value of goods **\*\*\*SHIPPER'S ADDRESS MUST BE A FOREIGN ADDRESS OR ELSE IT WILL BE CONSIDERED A DOMESTIC SHIPMENT AND WILL DELAY THE CLEARANCE PROCESS, THIS INCLUDES ALL SHOW RETURNS\*\*\***

○ Packing List- Itemized breakdown of each item. If multiple countries breakdown of each item per country with carat weight and value. If stones, list the names of each stone are required. If combined jewelry, packing list per jewelry type (i.e. gold and silver jewelry). If sets, a list of each item per set and their individual value are required. If GSP eligible, the items **MUST** state "Goods are GSP eligible" on the line and **MUST** be accompanied by the Certificate of Origin.

> ○ **If a packing List contains more than 10 line items the packing list MUST be in an excel format for proper classification and reporting to USCBP.**
> ○ **If a shipment contains neckpiece such like necklace, box chain, rope chain or chain etc, value and weight breakdown must be provided in invoice or packing list.**
> ○ **All Lab Grown Diamond shipments MUST have the TOTAL PCS count to process the customs clearance.**

○ HAWB Value must match the invoice value with respective currency

○ Country of Origin- **MUST** be on **ALL** invoices (Country of Origin mean the country of foreign origin in which the goods are manufactured, produced or grown. **NOT** the country where the goods are being exported from)

○ ATA Carnet shipments **MUST** be filled out correctly and travel with the shipment in a Blue Pouch attached to the freight

○ F & W shipments – Cities are **REQUIRED** to travel in a Blue Pouch attached to cargo

○ F & W shipments **MUST** be mentioned on the invoice and proper F & W documents MUST include a full description of items ( i.e. scientific name, genus ,species, farmed or wild and country of origin

○ KP Certificates **MUST** stay attached to the shipment as this belongs to the Consignee and must travel with the shipment. Rough diamonds clearance takes longer time for clearance, 7 days is the average

○ NO Residential deliveries in the U.S. are allowed via Armored DTD service, without prior approval by U.S. Security. This can take up to two weeks for approval. If you have knowledge that the delivery is to a residential address, The Shipper **MUST** provide written authorization and instructions for delivery. We can deliver via our Brinks Connect service (FedEx/UPS) to U.S. Residences with values up to $25,000 USD per box. (LVP LIMIT 25K USD)

○ If shipper has U.S. Consignee TAX ID # in advance, please provide in pre-alert/ pre-advise

○ If shipper provides broker information of U.S. consignee please make note of this in BITS

○ ALL U.S. Goods returned **REQUIRE** a Manufacturers affidavit and foreign shipper's declaration on company letterhead (U.S. Origin). \*\*Email from brokerage team\*\*
  ○ Goods were made in the USA (COO USA) and returning back to the USA, are usually eligible for duty-free treatment. Foreign shipper Declaration and Manufacturer's Affidavit need to be provided with import docs to claim duty free.
  ○ If good has COO other than USA, then proof of export is needed to claim duty free. Foreign origin goods exported from the United States and returned within the 3 year time limit.

○ Courtesy mail **WILL NOT** be accepted with airline documents

- ○ Proper Power of Attorney (POA) MUST be provided and completed correctly. BBC POA for JFK shipments and Geodis POA for LAX/MIA shipments (**POA'S are required for ALL first time importers into the US and can take 24hrs to process providing ALL required by USCBP are received.**)

- ○ **USCBP requires ALL import shipments to be accompanied by a US Bond**. A customs surety bond is a contract used for guaranteeing that a specific obligation will be fulfilled between customs and an importer for any given import transaction. The main purpose of a customs bond is to guarantee the payment of import duties and taxes. (If the duty value is of high value an annual bond may be required. (BGS US will reach out to the consignee of this is required).

- ○ Watch detail sheets **MUST** accompany ALL watches imported into the U.S. and **MUST** include the breakdown of Movement, type and cost

- ○ TIB Shipments must be accompanied by a signed TIB letter on the importer of record's company letterhead with the full printed name and signature of the person completing this form

- ○ Repair Affidavits are **REQUIRED** if the goods were exported for repair and are being returned

- ○ If there are specific deadlines are to be met by the customer we are to be notified in advance of special circumstances to ensure we have resources to accommodate.

- ○ POD / DELIVERY STATUS REQUEST * Please amend your email subject line to reflect what you are asking for so the correct department may assist you in a timely manner. (example ***HAWB # 1234567890 / CNEE NAME / PLEASE PROVIDE POD / NEED DELIVERY ETA (PLEASE USE THE FOLLOWING EMAIL GROUPS     IMPORTJFK@BRINKSINC.COM BGSUSCUSTOMERSERVICE@BRINKSINC.COM     COMMODITIESNY@BRINKSINC.COM

Please reach out to us directly if you need any assistance

Thanks
BGS- Imports Dept. JFK
Importjfk@brinksinc.com

DEFT-BRINKS-00061

| From: | Raj Patel <raj.patel@bvcbrinks.com> |
|---|---|
| Sent: | 23 June 2021 20:16 |
| To: | Laurent Decayette |
| Cc: | Frank Rosner; AMIT RAMPRASHAD; Rahul Panchal; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| Subject: | Re: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Laurent,

Thank you very much for your support, In future shipments we will follow the same procedure.

Dear Amit Sir,

ɔrry for the extra work, Please HOLD the package.

Thank you !!!



All services subject to the terms and conditions of the Brink's Global Services Valuables Transport   Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Wed, Jun 23, 2021 at 8:05 PM Laurent Decayette <Laurent.Decayette@brinksinc.com> wrote:

Dear Raj,

Thank you for your understanding, attached **example (only)** of what the USA team is looking for in this regard.

Amit is following up with the local branch to hold the parcel in Houston pending your release instruction letter from the shipper

Thank you as always for your support.

○ Any shipments ON HOLD must clearly be marked and specified in BITS under shipment notes prior to arrival into the USA

1

| | |
|---|---|
| **From:** | AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> |
| **Sent:** | 23 June 2021 20:27 |
| **To:** | Raj Patel; Laurent Decayette |
| **Cc:** | Frank Rosner; Rahul Panchal; Edward Ng; ImportJFK; JFKSort; Eric Thompson; bilal.khan@bvcbrinks.com; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | RE: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Raj,

No problem.

Kind regards,

Amit Ramprashad
Customer Service Representative
**Brink's U.S. |** *A Division of Brink's, Incorporated*
580 5th Avenue, Suite 400
New York, NY   10036
| Office (212) 704-5260 | (800) 527-4657
BGSUSCustomerService@Brinksinc.com

**IIIBRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

**From:** Raj Patel [mailto:raj.patel@bvcbrinks.com]
**Sent:** Wednesday, June 23, 2021 10:46 AM
**To:** Laurent Decayette <Laurent.Decayette@brinksinc.com>
**Cc:** Frank Rosner <Frank.Rosner@brinksinc.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; ahul Panchal <rahul.panchal@bvcbrinks.com>; Edward Ng <Edward.Ng@brinksinc.com>; ImportJFK <ImportJFK@brinksinc.com>; JFKSort <JFKSort@brinksinc.com>; Eric Thompson <Eric.H.Thompson@brinksinc.com>; bilal.khan@bvcbrinks.com; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; Tzahi Yazdi <Tzahi.Yazdi@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear Laurent,

Thank you very much for your support, In future shipments we will follow the same procedure.

Dear Amit Sir,

Sorry for the extra work, Please HOLD the package.

Thank you !!!

1

DEFT-BRINKS-00063

| | |
|---|---|
| **From:** | Rahul Panchal <rahul.panchal@bvcbrinks.com> |
| **Sent:** | 23 June 2021 22:55 |
| **To:** | AMIT RAMPRASHAD |
| **Cc:** | Raj Patel; Laurent Decayette; Frank Rosner; Edward Ng; ImportJFK; JFKSort; Eric Thompson; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER SHAMRO |
| **Subject:** | Re: HAWB 99120006815 / CARLOS ST MARY INC |
| **Attachments:** | ~WRD282.jpg |

Hi AMIT,

As per shipper request Please Email to consignee Subject shipment custom clearance done after consignee made by payment to shipper account .

Thank you

Regards
Rahul

On Wed, 23 Jun, 2021, 8:27 pm AMIT RAMPRASHAD, <AMIT.RAMPRASHAD@brinksinc.com> wrote:

Dear Raj,

No problem.

**Kind regards,**

**Amit Ramprashad**

Customer Service Representative

**Brink's U.S. |** *A Division of Brink's, Incorporated*

580 5ᵗʰ Avenue, Suite 400

New York, NY   10036

| Office (212) 704-5260 | (800) 527-4657

BGSUSCustomerService@Brinksinc.com

DEFT-BRINKS-00064

| From: | Frank Rosner <Frank.Rosner@brinksinc.com> |
| Sent: | 23 June 2021 23:14 |
| To: | Rahul Panchal; AMIT RAMPRASHAD |
| Cc: | Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO |
| Subject: | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| Importance: | High |

This parcel is at the Branch, being held from delivering to the custmer, as you indicated shipper requested - do not deliver --- in a previous email you sent to us.
What is it exactly that you wish us to do? Please advise.


**Frank Rosner**
Account Executive
ᴄrink's Global Services | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY. 10036
Mobile: [redacted] | Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**BRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
Click here to download the Brink's Vision App


**From:** Rahul Panchal [mailto:rahul.panchal@bvcbrinks.com]
**Sent:** Wednesday, June 23, 2021 1:25 PM
**To:** AMIT RAMPRASHAD
**Cc:** Raj Patel; Laurent Decayette; Frank Rosner; Edward Ng; ImportJFK; JFKSort; Eric Thompson; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; Tzahi Yazdi; Shahar Vatary; TYLER ᴄHAMRO
ᴊubject: Re: HAWB 99120006815 / CARLOS ST MARY INC

Hi AMIT,

As per shipper request Please Email to consignee Subject shipment custom clearance done after consignee made by payment to shipper account .

Thank you

Regards
Rahul


On Wed, 23 Jun, 2021, 8:27 pm AMIT RAMPRASHAD, <AMIT.RAMPRASHAD@brinksinc.com> wrote:

Dear Raj,

1

DEFT-BRINKS-00065

| | |
|---|---|
| **From:** | Vinay Raheja |
| **Sent:** | 24 June 2021 00:35 |
| **To:** | Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner |
| **Cc:** | Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO |
| **Subject:** | Re: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Frank,

Kindly keep the shipment on HOLD until further instructions from the shipper.

Kindly request the consignee to have a word with the shipper if required.

Thanks.

Regards,
Vinay Raheja

---

**From:** Frank Rosner <Frank.Rosner@brinksinc.com>
**Sent:** Thursday, June 24, 2021 12:24:30 AM
**To:** Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
**Cc:** Raj Patel <raj.patel@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com <rajas.narkar@bvcbrinks.com>; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Customer has been calling and emailing. Please Advise.......Release, YES or NO ???
Thanks.

**Frank Rosner**
Account Executive
**Brink's Global Services** | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY. 10036
Mobile: ▮▮▮▮▮▮▮ Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**BRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
Click here to download the Brink's Vision App

**From:** Frank Rosner
**Sent:** Wednesday, June 23, 2021 1:44 PM
**To:** Rahul Panchal; AMIT RAMPRASHAD
**Cc:** Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC
**Importance:** High

1

| From: | Frank Rosner |
|---|---|
| Sent: | 29 June 2021 01:08 |
| To: | Vinay Raheja; Rahul Panchal; AMIT RAMPRASHAD; Robert McKim |
| Cc: | Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO |
| Subject: | RE: HAWB 99120006815 / CARLOS ST MARY INC |
| Importance: | High |

Dear Vinay,
Has this been resolved?  Please advise.
Thanks,
Frank

**Frank Rosner**
Account Executive
:ink's Global Services | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY. 10036
Mobile: ▮▮▮▮▮▮▮▮ | Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**▮▮BRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
Click here to download the Brink's Vision App

**From:** Vinay Raheja
**Sent:** Wednesday, June 23, 2021 3:05 PM
**To:** Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner
**Cc:** Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO
**⌐bject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear Frank,

Kindly keep the shipment on HOLD until further instructions from the shipper.

Kindly request the consignee to have a word with the shipper if required.

Thanks.

Regards,
Vinay Raheja
▮▮▮▮▮▮▮

**From:** Frank Rosner <Frank.Rosner@brinksinc.com>
**Sent:** Thursday, June 24, 2021 12:24:30 AM
**To:** Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
**Cc:** Raj Patel <raj.patel@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com <rajas.narkar@bvcbrinks.com>; BVC Group

1

DEFT-BRINKS-00067

| | |
|---|---|
| **From:** | Vinay Raheja |
| **Sent:** | 29 June 2021 01:14 |
| **To:** | Rahul Panchal; AMIT RAMPRASHAD; Robert McKim; Frank Rosner |
| **Cc:** | Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO |
| **Subject:** | Re: HAWB 99120006815 / CARLOS ST MARY INC |

Dear Rahul,

Kindly advise if Brinks NYC can proceed to Release the goods to the consignee.

Regards,
Vinay Raheja

---

**From:** Frank Rosner <Frank.Rosner@brinksinc.com>
**Sent:** Tuesday, June 29, 2021 1:08:17 AM
**To:** Vinay Raheja <Vinay.Raheja@brinks.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>
**Cc:** Raj Patel <raj.patel@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com <rajas.narkar@bvcbrinks.com>; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Dear Vinay,
Has this been resolved? Please advise.
Thanks,
Frank

**Frank Rosner**
Account Executive
**Brink's Global Services** | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY, 10036
Mobile:                    Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**BRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
Click here to download the Brink's Vision App

**From:** Vinay Raheja
**Sent:** Wednesday, June 23, 2021 3:05 PM
**To:** Rahul Panchal; AMIT RAMPRASHAD; Frank Rosner
**Cc:** Raj Patel; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

1

DEFT-BRINKS-00068

| | |
|---|---|
| **From:** | Raj Patel <raj.patel@bvcbrinks.com> |
| **Sent:** | 29 June 2021 06:28 |
| **To:** | Vinay Raheja |
| **Cc:** | Rahul Panchal; AMIT RAMPRASHAD; Robert McKim; Frank Rosner; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO |
| **Subject:** | Re: HAWB 99120006815 / CARLOS ST MARY INC |
| **Attachments:** | image002.jpg |

Dear Vijay Sir / Frank,

Please keep it HOLD, no release yet.

Thank You

Best Regards
Raj Patel
Bvc Surat

On Tue, 29 Jun, 2021, 1:13 am Vinay Raheja, <Vinay.Raheja@brinks.com> wrote:
> Dear Rahul,
>
> Kindly advise if Brinks NYC can proceed to Release the goods to the consignee.
>
> Regards,
> Vinay Raheja

---

**From:** Frank Rosner <Frank.Rosner@brinksinc.com>
**Sent:** Tuesday, June 29, 2021 1:08:17 AM
**To:** Vinay Raheja <Vinay.Raheja@brinks.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT AMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>
**Cc:** Raj Patel <raj.patel@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; rajas.narkar@bvcbrinks.com <rajas.narkar@bvcbrinks.com>; BVC Group <bvcgroup@bvcgroup.com>; BVC SURAT <bvcsurat@bvcgroup.com>; Dennis Park <Dennis.Park@brinksinc.com>; TYLER SHAMRO <TYLER.SHAMRO@brinksinc.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Dear Vinay,

Has this been resolved? Please advise.

Thanks,

Frank


**Frank Rosner**

1

DEFT-BRINKS-00069