# Exhibit 22

 **Gmail**

**Darshan Sanghavi <veerjiexports5@gmail.com>**

## For retuning my parcel urgent.
2 messages

**Darshan Sanghavi** <veerjiexports5@gmail.com>
To: Bvc Surat <bvcsurat@bvcgroup.com>

Mon, 27 Sep, 5:49 PM

Hi darshan sanghavi from Veerjiexports.
We had sent one parcel to the party name Carlos st mary inc in the huston on terms of c.o.d.
But he is not able to do the paymnt from last 2-3 months..so i want my goods back to india urgnt.
I am attaching house airway bill and invoice for the parcel .
Please support me for this and return my goods and do something that i can get my parcel back in this week only..
Hope for best favour
Thnk u so mch
Regards
Veerjiexports

DEFT-BRINKS-00468