Exhibit 25

| From: | Rahul Panchal <rahul.panchal@bvcbrinks.com> |
|---|---|
| To: | BVC SURAT <BVCSURAT@bvcgroup.com> |
| Subject: | Fwd: HAWB 99120006815 / CARLOS ST MARY INC |
| Sent: | 2021/10/07 14:31:52 (UTC +00:00) |

Regards.
Rahul Panchal
Jr. Executive
**BVC • BRINKS**
BVC BRINKS Diamond & Jewelry Services LLP.
Mob :                    Tel  : + 91 0261-2555-414/15
Mail : rahul.panchal@bvcbrinks.com  Web : www.bvcbrinks.com

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

---------- Forwarded message ---------
From: **Yogesh Bansode** <yogesh.bansode@bvcbrinks.com>
Date: Thu, Oct 7, 2021 at 7:01 PM
Subject: RE: HAWB 99120006815 / CARLOS ST MARY INC
To: Shahar Vatary <shahar.vatary@brinksinc.com>, Gita Athreya <Gita.Athreya@brinksinc.com>
Cc: AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>, Rahul Panchal <rahul.panchal@bvcbrinks.com>, BRIJESH DESAI <brijesh.desai@bvcbrinks.com>, Bilal Khan <bilal.khan@bvcbrinks.com>, Frank Rosner <Frank.Rosner@brinksinc.com>, Janice Laspina <Janice.Laspina@brinksinc.com>, Robert McKim <Robert.McKim@brinksinc.com>, Vinay Raheja <Vinay.Raheja@brinks.com>

Dear Shahar,

Even after the HOLD instruction the shipment is released so you need to retrieve the shipment and get into your custody.

Regards.

Yogesh.

From: Shahar Vatary <shahar.vatary@brinksinc.com>
Sent: 07 October 2021 18:39
To: Yogesh bansode <yogesh.bansode@bvcbrinks.com>; Gita Athreya <Gita.Athreya@brinksinc.com>
Cc: AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Janice Laspina <Janice.Laspina@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>
Subject: RE: HAWB 99120006815 / CARLOS ST MARY INC

Adding Gita to look at this matter as we do not have any lien on these goods anymore.

Nevertheless, I will contact the customer once more

Yours,

**Shahar Vatary | Senior Director Diamond & Jewelry**

**Brink's Global Services** *A Division of Brink's, Incorporated*

580 Fifth Avenue

New York, NY 10036

Mobile: ▮▮▮▮▮▮ | Email: Shahar.Vatary@brinksinc.com

http://www.brinks.com/

**IIIBRINKS**

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

**From:** Yogesh Bansode <yogesh.bansode@bvcbrinks.com>
**Sent:** Wednesday, October 6, 2021 11:32 PM
**To:** Shahar Vatary <shahar.vatary@brinksinc.com>
**Cc:** AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <frank.rosner@brinksinc.com>; Janice Laspina <Janice.Laspina@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

No

We have to retrieve the shipment

Regards

Yogesh

> On 07-Oct-2021, at 5:34 AM, Shahar Vatary <shahar.vatary@brinksinc.com> wrote:
>
> The customer told me that by next Monday they will discuss with the shipper.
>
> They check the stones quality with GIA then they will negotiate.
>
> Do not believe we can retrieve the stone/s now but better not to create an issue with the cnee

Shahar Vatary | Senior Director Diamond & Jewelry

**Brink's Global Services** | *A Division of Brink's, Incorporated*

580 Fifth Avenue

New York, NY 10036

Mobile: ▇▇▇▇▇▇▇▇ | Email: Shahar.Vatary@brinksinc.com

http://www.brinks.com/

<image003.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

**From:** Yogesh Bansode <yogesh.bansode@bvcbrinks.com>
**Sent:** Wednesday, October 6, 2021 7:38 PM
**To:** AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
**Cc:** Shahar Vatary <shahar.vatary@brinksinc.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <frank.rosner@brinksinc.com>; Janice Laspina <Janice.Laspina@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Shipment is 3.3 million and was COD. We need to recover the shipment immediately

Regards

Yogesh

> On 06-Oct-2021, at 11:01 PM, AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> wrote:
>
> Dear Shahar,
>
> Carlos Saint Mary number 702-6247100
>
> We spoke and he told me he is in contact with the shipper. He is back in the office on Monday.
>
> **Kind regards,**
>
> **Amit Ramprashad**
> Customer Service Representative
> Brink's Global Services USA | *A Division of Brink's, Incorporated*
> 580 5th Avenue, Suite 400

New York, NY 10036

| Office (212) 704-5260 I (800) 527-4657

BGSUSCustomerService@Brinksinc.com

<image001.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

<Image002.png>

**How was your day today?**

<image004.jpg>   <image004.jpg>   <image004.jpg>   <image004.jpg>

Select a Smiley to give feedback.

**From:** AMIT RAMPRASHAD
**Sent:** Wednesday, October 6, 2021 12:47 PM
**To:** Shahar Vatary <shahar.vatary@brinksinc.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>
**Cc:** BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Janice Laspina <Janice.Laspina@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Dear Shahar,

Carlos Saint Mary email csm@csmnetwork.com

Shelly Mushin ▇▇▇▇▇▇ Carlos assistant

Carlos ▇▇▇▇▇▇▇▇

**Kind regards,**

**Amit Ramprashad**

Customer Service Representative

Brink's Global Services USA | *A Division of Brink's, Incorporated*

580 5th Avenue, Suite 400

New York, NY  10036

| Office (212) 704-5260 | (800) 527-4657

BGSUSCustomerService@Brinksinc.com

<image001.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

<image002.png>

### How was your day today?

<image004.jpg>   <image004.jpg>   <image004.jpg>   <image004.jpg>

Select a Smiley to give feedback.

**From:** Shahar Vatary
**Sent:** Wednesday, October 6, 2021 12:37 PM
**To:** Yogesh bansode <yogesh.bansode@bvcbrinks.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
**Cc:** AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Janice Laspina <Janice.Laspina@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC
**Importance:** High

Apologizes Yogesh

Will do

Dear Amit,

Please share the cnee contacts and HAWB screen shot

Shahar Vatary | Senior Director Diamond & Jewelry

Brink's Global Services| *A Division of Brink's, Incorporated*

580 Fifth Avenue

New York, NY 10036

Mobile: ███████████ | Email: Shahar.Vatary@brinksinc.com

http://www.brinks.com/

<image003.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

From: Yogesh Bansode <yogesh.bansode@bvcbrinks.com>
Sent: Wednesday, October 6, 2021 12:30 PM
To: Rahul Panchal <rahul.panchal@bvcbrinks.com>; Shahar Vatary <shahar.vatary@brinksinc.com>
Cc: AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <frank.rosner@brinksinc.com>; Janice Laspina <Janice.Laspina@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>
Subject: Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear shahar

I need you to intervene. The shipment was on hold and due to oversight it was delivered by your team. Now customer is chasing us as they have not received the payment yet.

Either customer need to pay or you need to retrieve the shipment.

Could you please update.

Regards

Yogesh

On 06-Oct-2021, at 9:31 PM, Rahul Panchal <rahul.panchal@bvcbrinks.com> wrote:

PL000522

Hi Amit,

Any reply received from consignee.

Regards
Rahul

On Wed, 6 Oct 2021 at 12:55 AM, AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> wrote:

> Hello Vinay,
>
> I called and left a message for Carlos.
>
> I will continue to try.
>
> **Kind regards,**
>
> **Amit Ramprashad**
> Customer Service Representative
> Brink's Global Services USA | *A Division of Brink's, Incorporated*
> 580 5th Avenue, Suite 400
> New York, NY  10036
> | Office (212) 704-5260 | (800) 527-4657
> BGSUSCustomerService@Brinksinc.com
> <image001.jpg>
> "All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"
> Click here to download the Brink's Vision App
> <image002.png>

How was your day today?

&lt;image004.jpg&gt;   &lt;image004.jpg&gt;   &lt;image004.jpg&gt;   &lt;image004.jpg&gt;

Select a Smiley to give feedback.

**From:** Vinay Raheja
**Sent:** Tuesday, October 5, 2021 1:45 PM
**To:** AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Rahul Panchal <rahul.panchal@bvcbrinks.com>
**Cc:** BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>
**Subject:** RE: HAWB 99120006815 / CARLOS ST MARY INC

Hello Amit,

Need your support here.

Kindly follow up with the consignee to collect the shipment back from them since there was NO RELEASE instructions for this HAWB.

Since the shipper has not yet received the payment of the goods from the consignee, they want this shipment back to origin.

Kindly arrange to have this shipment picked up from them and keep us posted.

Else, shipper may claim the amount for recovery from us for this shipment being released to the consignee.

Kindly help.

Vinay Raheja

**Manager- Marketing & Sales**

<image003.png>

**BVC BRINKS Diamond & Jewelry Services LLP.**

203, The Capital,

Bandra Kurla Complex,

Mumbai – 400051

Mob :

Tel    : + 91 22-6604-8080

Mail : vinay.raheja@brinks.com

Web : www.bvcbrinks.com

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

From: AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
Sent: 05 October 2021 22:21
To: Rahul Panchal <rahul.panchal@bvcbrinks.com>
Cc: BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; BVC Group <bvcgroup@bvcgroup.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>
Subject: RE: HAWB 99120006815 / CARLOS ST MARY INC

Hi Rahul,

I sent an email to Carlos and everyone is CCed.

Kind regards,

**Amit Ramprashad**

Customer Service Representative

Brink's Global Services USA | *A Division of Brink's, Incorporated*

580 5th Avenue, Suite 400

New York, NY  10036

| Office (212) 704-5260 I (800) 527-4657

BGSUSCustomerService@Brinksinc.com

<image001.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

<image002.png>

How was your day today?

<image004.jpg>     <image004.jpg>     <image004.jpg>     <image004.jpg>

Select a Smiley to give feedback.

From: Rahul Panchal [mailto:rahul.panchal@bvcbrinks.com]
Sent: Tuesday, October 5, 2021 12:47 PM
To: AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
Cc: BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; BVC Group <bvcgroup@bvcgroup.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Frank Rosner <Frank.Rosner@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>
Subject: Re: HAWB 99120006815 / CARLOS ST MARY INC

Hi Amit,

Please reply on below email

Regards

Rahul

On Tue, 5 Oct 2021 at 9:43 PM, Rahul Panchal <rahul.panchal@bvcbrinks.com> wrote:

Hi Amit,

kindly check all previous mail if any release instructions our side.please Confirm

Shipper any how shipment back to india so please check your team resolved the issue on urgent basis.

PL000526

Regards

Rahul

Regards

Rahul

On Tue, 5 Oct 2021 at 8:40 PM, AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> wrote:

Hi Rahul,

I reached out to Carlos.

The shipment was released in Bits and provided the information in previous emails.

**Kind regards,**

**Amit Ramprashad**

Customer Service Representative

Brink's Global Services USA | *A Division of Brink's, Incorporated*

580 5th Avenue, Suite 400

New York, NY 10036

| Office (212) 704-5260 I (800) 527-4657

BGSUSCustomerService@Brinksinc.com

<image001.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

<image002.png>

How was your day today?

<image017.jpg>   <image017.jpg>   <image017.jpg>   <image017.jpg>

Select a Smiley to give feedback.

From: Rahul Panchal [mailto:rahul.panchal@bvcbrinks.com]
Sent: Tuesday, October 5, 2021 10:47 AM
To: AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>
Cc: Frank Rosner <Frank.Rosner@brinksinc.com>; BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; Vinay Raheja <Vinay.Raheja@brinks.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; BVC Group <bvcgroup@bvcgroup.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>
Subject: Re: HAWB 99120006815 / CARLOS ST MARY INC

HI AMIT ,

kindly contact to consignee and request to made a payment any how on urgent basis,

Why was this shipment delivered without any confirmation?

<image006.jpg>

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Mon, Oct 4, 2021 at 9:06 PM AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> wrote:

Dear Rahul,

We received an email from Carlos assistant on Friday regarding the shipment.

Carlos had a surgical procedure and will be out of the office.

**Kind regards,**

**Amit Ramprashad**

Customer Service Representative

Brink's Global Services USA | *A Division of Brink's, Incorporated*

580 5th Avenue, Suite 400

New York, NY 10036

| Office (212) 704-5260 | (800) 527-4657

BGSUSCustomerService@Brinksinc.com

<image001.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

<image002.png>

**How was your day today?**

<image004.jpg>   <image004.jpg>   <image004.jpg>   <image004.jpg>

Select a Smiley to give feedback.

From: Rahul Panchal [mailto:rahul.panchal@bvcbrinks.com]

Sent: Monday, October 4, 2021 10:49 AM
To: Frank Rosner <Frank.Rosner@brinksinc.com>
Cc: BRIJESH DESAI <brijesh.desai@bvcbrinks.com>; AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com>; Vinay Raheja <Vinay.Raheja@brinks.com>; Shahar Vatary <shahar.vatary@brinksinc.com>; Robert McKim <Robert.McKim@brinksinc.com>; Bilal Khan <bilal.khan@bvcbrinks.com>; Vinay S Raheja <vinay.raheja@brinksglobal.com>; BVC Group <bvcgroup@bvcgroup.com>; Yogesh bansode <yogesh.bansode@bvcbrinks.com>
Subject: Re: HAWB 99120006815 / CARLOS ST MARY INC

HI Frank ,

Subject shipment back to India as per shipper request.

Consignee still has not made a payment to the shipper so please advise on an urgent basis.

Shipper is very angry about this shipment .

<image007.jpg>

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Fri, Oct 1, 2021 at 6:10 PM Frank Rosner <Frank.Rosner@brinksinc.com> wrote:

> Dear Brijesh,
>
> Please see below yesterday's email received from Mr. Carlos St. Mary. Rahul, Vinay and Yogesh were copied on the email from Carlos St. Mary.
>
> Hi,
>
> This is Mr. Saint Mary's assistant responding to his email. Mr. Saint Mary had a surgical procedure and will be out until next week.

However, I am familiar will this particular shipment and transaction and can tell you that the shipper has been kept apprised of each part of this transaction and has complicated this matter. At this point this matter is between Veerji and CSM and not a Brinks issue.

I will respond accordingly when Mr. Saint Mary is cognizance.

Thank you kindly.

**Shelly Mushin** ▇▇▇▇▇▇▇ (via text)

**Carlos Saint Mary**

On Sep 30, 2021, at 11:31, Frank Rosner <Frank.Rosner@brinksinc.com> wrote:

Mr. Carlo St. Mary,

Please advise and reply all. Thanks You, Sir.

Regards,

Frank

**Frank Rosner**
Account Executive
**Brink's Global Services** | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY. 10036
Mobile: ▇▇▇▇▇▇▇ | Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

**Frank Rosner**
Account Executive
**Brink's Global Services** | *A Division of Brink's, Incorporated*
580 5th Ave.
New York, NY. 10036
Mobile: ▇▇▇▇▇▇▇ | Office (212) 704-5203 | Email frank.rosner@brinksinc.com
http://www.brinks.com/

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

**From:** BRIJESH DESAI [mailto:brijesh.desai@bvcbrinks.com]
**Sent:** Friday, October 1, 2021 3:47 AM
**To:** AMIT RAMPRASHAD
**Cc:** Vinay Raheja; Rahul Panchal; Frank Rosner; Laurent Decayette; Shahar Vatary; Robert McKim; Bilal Khan; Vinay S Raheja; rajas.narkar@bvcbrinks.com; BVC Group; BVC SURAT; Dennis Park; TYLER SHAMRO; Raj Patel; Yogesh bansode; Krishnanda B
**Subject:** Re: HAWB 99120006815 / CARLOS ST MARY INC

Dear Amit / Frank,

Any update Shipper now wants Shipment Back to India kindly advise the status.

<image009.jpg>

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

On Mon, Sep 27, 2021 at 9:25 PM AMIT RAMPRASHAD <AMIT.RAMPRASHAD@brinksinc.com> wrote:

Dear Vinay,

No problem.

Frank is trying to reach out to Carlos.

Kind regards,

**Amit Ramprashad**
Customer Service Representative
Brink's Global Services USA | *A Division of Brink's, Incorporated*
580 5th Avenue, Suite 400

New York, NY 10036

| Office (212) 704-5260 | (800) 527-4657

BGSUSCustomerService@Brinksinc.com

<image001.jpg>

"All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract"

Click here to download the Brink's Vision App

<image002.png>

How was your day today?

<image010.jpg>  <image010.jpg>  <image010.jpg>  <image010.jpg>

Select a Smiley to give feedback.

<rahul signature.tif>

All services subject to the terms and conditions of the Brink's Global Services Valuables Transport Contract.

Track and Trace your BVC Brink's Parcel on: https://bgs.brinksglobal.com/login

PL000533