UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEERJI EXPORTS,

                        Plaintiff,

            -against-

CARLOS ST. MARY, INC., et al.,

                      Defendants.

------------------------------------------------------------X

22 Civ. 3661 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 28, 2022, required the parties to file a status letter on November 4, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **November 10, 2022**, the parties shall file the status letter.

Dated: November 7, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**