UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

VEERJI EXPORTS,

                              Plaintiff,

-against-

CARLOS ST. MARY, INC., CARLOS ST
MARY, and BRINK'S GLOBAL SERVICES
USA, INC.,

                              Defendants.

22 Civ. 03661 (LGS)

**NOTICE OF MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(B)**

------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff Veerji Exports Motion for Judgment, and the Declaration of Michael S. Fischman, dated March 14, 2023, and the Exhibits thereto, will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, in the United States Courthouse, Southern District of New York, located at 40 Foley Square, New York, New York, 10007, on a date and time to be set by the Court, for entry of judgment in favor of Plaintiff Veerji Exports pursuant to Federal Rule 54(b) as against Carlos St Mary Inc. and Carlos St Mary, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 14, 2023

                                              PHILLIPS NIZER LLP

                                              _____
                                              Michael S. Fischman
                                              *Attorneys for Veerji Exports*
                                              485 Lexington Avenue
                                              New York, New York 10017
                                              (212) 977-9700
                                              mfischman@phillipsnizer.com

To:   Abed Z. Bhuyan
      WADE CLARK MULCAHY LLP
      *Attorneys for Brink's Global Services USA, Inc.*
      180 Maiden Lane, Suite 901
      New York, New York 10038
      (212) 267-1900

3527348.1