UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
VEERJI EXPORTS,

                Plaintiff,

                    v.

CARLOS ST MARY, INC., CARLOS ST MARY
AND BRINK'S GLOBAL SERVICES USA, INC.,

                Defendants.

------------------------------------------------------------- x

22-cv-03661 (LGS)

## [PROPOSED] JUDGMENT

Upon consideration of the Plaintiff's motion for default judgment under Rules 54(b) and 55 (b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Michael S. Fischman, and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUGED** and **DECREED** that:

1.      Default judgement is entered in favor of Plaintiff Veerji Exports as follows: against Defendants Carlos St Mary Inc. and Carlos St Mary, jointly and severally, in the amount of $3,274,000; and (b) pre-judgment interest pursuant to New York C.P.L.R. § 5001, calculated at 9% from August 4, 2021, in the amount of $_____, against Defendant Carlos St Mary Inc. only;

2.      Defendants to pay post-judgment interest under 28 U.S.C.A. § 1961; and

3.      The court retain jurisdiction over any matter pertaining to the judgement.

3428339.1

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Default Judgment forthwith and without further notice. The case as against Defendant Carlos St. Mary, Inc. and Defendant Carlos St. Mary is thereby dismissed and the Clerk of the Court shall record same in the Court docket.

Dated: New York, New York
_____, 2023

**SO ORDERED.**

By:_____
Hon. Lorna G. Schofield (U.S.D.J.)

3428339.1