UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VEERJI EXPORTS,

                Plaintiff,                              22 **CIVIL** 3661 (LGS)

      -against-                           **RULE 54(b) JUDGMENT**

CARLOS ST MARY, INC., et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2023, Plaintiff's motion for entry of final judgment pursuant Rule 54(b) is GRANTED. Final judgment is entered against Defendants Carlos St. Mary, Inc. and Carlos St. Mary, jointly and severally, and in favor of Plaintiff, in the amount of $3,274,000, plus pre-judgment interest calculated at 9% per annum pursuant to CPLR 5004(a) from August 4, 2021, until the date judgment is entered, in the amount of $485,987.18, and post-judgment interest at the rate prescribed by 28 U.S.C. § 1961; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay.  Judgment is hereby entered.

**Dated:**  New York, New York
          March 29, 2023

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                              **BY:**    *K. Mango*
                                                           _____
                                                            **Deputy Clerk**