UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEERJI EXPORTS,
                         Plaintiff,

              -against-

CARLOS ST. MARY, INC., et al.,
                        Defendants.
------------------------------------------------------------X

22 Civ. 3661 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 5, 2022, instructed the parties to file a joint letter every sixty days apprising the Court of the status of any arbitration;

      WHEREAS, the parties failed to submit the letter due on June 5, 2023. It is hereby

      **ORDERED** that, by **June 9, 2023**, the parties shall file the status letter.

Dated: June 6, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE