UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                :

VEERJI EXPORTS.,                 :

                  Plaintiffs,   :        22 Civ. 3661 (LGS)
                                :

          -against-         :           ORDER
                                :

CARLOS ST MARY, INC. et al.,    :
                Defendants. :
                                :

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated December 5, 2022, required Plaintiff to file a status letter

apprising the Court of the status of any arbitration every 60 days from the date of that Order;

       WHEREAS, pursuant to the December 5, 2022, Order, a status letter was due on May 7,

2024;

       WHEREAS, the parties failed to timely submit the letter.  It is hereby

       **ORDERED** that, by **May 10, 2024**, the parties shall file the status letter.

Dated: May 9, 2024
      New York, New York

                                 **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**