```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  VEERJI EXPORTS.,                                           :
                                   Plaintiffs,               :    22 Civ. 3661 (LGS)
                                                             :
                 -against-                                   :         ORDER
                                                             :
  CARLOS ST MARY, INC. et al.,                               :
                                   Defendants.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 5, 2022, required Plaintiff to file a status letter apprising the Court of the status of any arbitration every 60 days from the date of that Order;

WHEREAS, pursuant to the December 5, 2022, Order, a status letter was due on July 8, 2024;

WHEREAS, the parties failed to timely submit the letter. It is hereby

**ORDERED** that, by **July 12, 2024**, the parties shall file the status letter.

Dated: July 9, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE