```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
VEERJI EXPORTS.,                                             :
                                  Plaintiffs,                :    22 Civ. 3661 (LGS)
                                                             :
              -against-                                      :    ORDER
                                                             :
CARLOS ST MARY, INC. et al.,                                 :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 5, 2022, required Plaintiff to file a status letter apprising the Court of the status of any arbitration every 60 days from the date of that Order;

WHEREAS, pursuant to the December 5, 2022, Order, a status letter was due on September 10, 2024;

WHEREAS, the parties failed to timely submit the letter. This is the third required status letter in a row that the parties failed to submit in a timely manner. It is hereby

**ORDERED** that, by **September 16, 2024**, the parties shall file the status letter. The parties shall explain their failure to follow the Court's orders. Future extensions of status letter deadlines will not be granted absent extraordinary circumstances.

Dated: September 12, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE